RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile: 510-272-0711
pollockesq@aol.com

Attorney for Defendant
MIGUEL ARENAS, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>MIGUEL ARENAS, SR, )<br>    Defendant. ) | **No. 13-00556-PJH (DMR)**<br>**STIPULATION AND ORDER CONTINUING ARRAIGNMENT**<br>_____ |

With the agreement of Randy Sue Pollock, counsel for defendant MIGUEL ARENAS, SR., and Assistant United States Attorney Carolyn Silane, IT IS HEREBY STIPULATED that the arraignment before United States Magistrate Judge Ryu presently set for Thursday, August 22, 2013 be continued to September 19, 2013 at 9:30 a.m. before Magistrate Judge Kandis A. Westmore. This continuance is at the request of both parties due to the fact that defense counsel is unavailable on this date and a date before the United States District Court must be coordinated with other counsel.

//

//

//

//

STIP. & ORDER CONTINUING ARRAIGNMENT
[CR13-00556-DMR]

1  The parties believe that the extension serves the ends of justice and outweighs the
2  interests of the public and the defendant in a speedy trial, and that failing to extend the
3  time limits would deny counsel for the government and the defense the reasonable time
4  necessary for effective preparation, taking into account the exercise of due diligence. 18
5  U.S.C. Section 3161(h)(7). Accordingly, time is excluded from August 22, 2013 through
6  September 18, 2013.

8  SO STIPULATED.

10 DATED: August 21, 2013                    _____/s/_____
                                              RANDY SUE POLLOCK
11                                            Counsel for Defendant
                                              Miguel Arenas, Sr.

14 DATED: August 21, 2013                    _____/s/_____
                                              CAROLYN SILANE
15                                            Assistant United States Attorney

17 IT IS SO ORDERED.

19 DATED: August 21, 2013                    _____
                                              United States Magistrate Judge

STIP. & ORDER CONTINUING ARRAIGNMENT
[CR13-00556-DMR]                                                               -2-