MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY THAI PHAN,<br><br>    Defendant. | 13-0556-PJH<br>No. CR ~~3-12-71283-MAG~~<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161** |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until September 19, 2013, and the hearing scheduled for August 22, 2013, vacated.

2. Counsel for the United States and the defendant wish to exchange certain information, and to meet and confer to discuss a potential resolution of the case. Counsel for the defendant believes based on the charges alleged that it is in the best interest of the defendant to obtain further information, consult with the defendant, and meet with the government; counsel for the government believes that it is in the interests of justice to do so. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR ~~3-12-71283~~ 13-0556-PJH

the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The hearing scheduled for August 22, 2013, should be vacated. The next court appearance in this case shall be September 19, 2013, at 9:30 am before the duty magistrate in Oakland, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

                                         MELINDA HAAG
                                         United States Attorney

DATED: August 22, 2013               _____/s/_____
                                         CAROLYN SILANE
                                         Special Assistant United States Attorney

DATED: August 22, 2013               _____/s/_____
                                         Seth Chazin
                                         Attorney for Tony Phan

[~~PROPOSED~~] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: 8/22/2013                             _____
                                         HON. DONNA RYU
                                         United States Magistrate Judge