RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Suite 120
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
pollockesq@aol.com

Attorney for Defendant
MIGUEL ARENAS, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL ARENAS, SR, ) <br> ) <br> Defendant. ) | **No. 13-00556-PJH (DMR)** <br><br> **AMENDED STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT** <br> _____ |

     With the agreement of Randy Sue Pollock, counsel for defendant MIGUEL ARENAS, SR., and Assistant United States Attorney Carolyn Silane, IT IS HEREBY STIPULATED that the arraignment before United States Magistrate Judge Westmore presently set for Thursday, September 19, 2013 be continued to October 10, 2013 at 9:30 a.m. before United States Magistrate Judge Ryu. This continuance is at the request of both parties due to the fact that defense counsel is unavailable on this date and a date before the United States District Court cannot be set until October 10th.

//

//

//

//

STIP. & [~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT
[CR13-00556-PJH (DMR)]

The parties believe that the extension serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7). Accordingly, time is excluded from August 22, 2013 through October 10, 2013

**SO STIPULATED**.

DATED: September 16, 2013   _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
Miguel Arenas, Sr.

DATED: September 16, 2013   _____/s/_____
CAROLYN SILANE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: Sepember 17, 2013   _____
United States Magistrate Judge