MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL ARENAS, ) <br> ) <br> Defendant. ) <br> ) | No. CR 13-0556 YGR <br><br> **STIPULATION AND [PROPOSED] ORDER** |

This matter is currently set for a change of plea on September 26, 2013. On account of defense counsel's travel schedule, the parties are jointly requesting that the appearance be rescheduled to October 10, 2013. The parties previously stipulated, and the Honorable Kandis Westmore so ordered that time be excluded from the Speedy Trial Act through October 10, 2013 in this case. *See* Doc. No. 68. Accordingly, the parties do not request any further exclusions of time.

//

//

STIPULATION & [PROPOSED] ORDER
CR 13-0556 YGR

1  SO STIPULATED:

                                            MELINDA HAAG
                                            United States Attorney

5  DATED: September 24, 2013          _____/s/_____
                                            CAROLYN SILANE
                                            Special Assistant United States Attorney


8  DATED: September 24, 2013          _____/s/_____
                                            RANDY SUE POLLOCK
                                            Attorney for Miguel Arenas


        IT IS SO ORDERED.


13 DATED:   September 25, 2013        _____
                                            HON. YVONNE GONZALEZ ROGERS
                                            United States District Judge