GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-00556-YGR |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents. His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty, Ltd., an Australian resource company involved in global commodity trading. Teviot has important business meetings scheduled in Hong Kong in December and January 2014. Mr. Park's attendance at these meetings is essential to ongoing business opportunities for Teviot. Mr. Park's similar previous business travel has been approved by the court and he has complied with all travel conditions successfully.

Mr. Park has provided pretrial services and government counsel with information regarding Teviot, the purpose of his onging international business and his travel itinerary. Mr. Park has been in full compliance while on pretrial release. The government has no objection to the proposed travel.

Defendant requests permission of the court to travel on December 16, 2013, to Hong Kong and Seoul, Korea, returning to Los Angeles on January 29, 2014.

1  Prior to departure, defendant will provide his pretrial services officer and government counsel
2  with a copy of his proposed travel schedule, airline reservations, hotel reservations, local residence
3  accommodations and phone number where he can be reached while on travel and a copy of his prepaid
4  return ticket.

   THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to travel internationally outside the Northern District of California to Hong Kong and Seoul Korea for business, from December 16, 2013 through January 29, 2014.

   Dated: December 10, 2013

   Garrick Lew
   Attorney for Defendant CHANG PARK

   Dated: December 12, 2013

   /s/
   _____
   John Hemann
   United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-00556-YGR |
| Plaintiff, | ) ) | |
| vs. | ) ) | [~~PROPOSED~~] TRAVEL ORDER |
| CHANG PARK, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Hong Kong and Seoul, Korea for business, from December 16, 2013, returning on or before January 29, 2014.

IT IS FURTHER ORDERED that prior to his departing the United States, pretrial services release defendant's passport to defendant for purposes of business travel. Defendant shall provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations in Hong Kong and Seoul, Korea, and phone number in Seoul, Korea, where defendant shall stay, and his airline reservations and prepaid return ticket. Defendant shall surrender his passport back to Pretrial Services within two (2) business days of his return to the United States.

DATED: 12/13/13

*/s/ Kandis Westmore*
Honorable Kandis Westmore
United States Magistrate Judge

*United States v. Park Chang, No. CR-13-00556*
[~~Proposed~~] Travel Order 3